

# MANDATE
# The Fourteenth Court of Appeals

NO. 14-13-00991-CV

Gulf Coast Asphalt Company, L.L.C. and Trifinery, Inc., Appellants

v.

Russell T. Lloyd, John M. O'Quinn & Associates, L.L.P., and John M. O'Quinn & Associates, P.L.L.C., Appellees

Appealed from the 80th District Court of Harris County. (Tr. Ct. No. 2011-61780). Opinion delivered by Justice Jamison. Justices McCally and Busby also participating.

## TO THE 80TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:

Before our Court of Appeals on January 29, 2015, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

This cause, an interlocutory permissive appeal from a partial summary judgment order in favor of appellees; Russell T. Lloyd, John M. O'Quinn & Associates, L.L.P., and John M. O'Quinn & Associates, P.L.L.C.; signed October 21, 2013, was heard on the transcript of the record. The record shows that the requirements for a permissive appeal pursuant to section 51.014 of the Texas Civil Practice and Remedies Code have not been satisfied. Accordingly, we withdraw our order of December 12, 2013 granting the motion for permissive appeal, deny the motion, and **DISMISS** the appeal for want of jurisdiction.

We order each party to pay their own costs incurred in this appeal.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**WITNESS**, the Hon. Kem Thompson Frost, Chief Justice of our Fourteenth Court of Appeals, with the Seal thereof affixed, at the City of Houston, April 10, 2015.

CHRISTOPHER A. PRINE, CLERK